DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., Suite 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336
Fax: (702) 388-6787
Email: roger.wenthe@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Judgment Creditor, ) | Case No.: 2:04-cr-0859-PMP-PAL |
| ) | |
| vs. ) | |
| ) | |
| EUGENE CHEN M.D., ) | |
| ) | |
| Judgment Debtor, ) | |
| ) | |
| and ) | **ORDER GRANTING WRIT** |
| ) | **OF CONTINUING GARNISHMENT** |
| CULINARY H.E.R.E.I.U., ) | |
| ) | |
| Garnishee. ) | |

IT IS SO ORDERED:

The Court has determined that the requirements to a post-judgment garnishment writ have been met. The Clerk is directed to issue the Writ of Continuing Garnishment.

DATED: April 22, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

1