UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EUGENE CHEN, M.D., ) <br> ) <br> Defendant. ) | 2:04-CV-00859-PMP-PAL <br><br> **ORDER** |

No response in opposition having been filed, and good cause appearing,

**IT IS ORDERED that** Plaintiff's Motion to Deem Garnishee's Answer to be Filed and Served (Doc. #246), filed on April 23, 2010, is **GRANTED**.

DATED:  May 25, 2010.

PHILIP M. PRO
United States District Judge