DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 02:04-cv-0859-PMP-PAL |
| EUGENE CHEN, M.D., ) | |
| Defendant. ) | |

**JOINT MOTION TO RESET HEARING DATE**

The parties, by and through their undersigned counsel, request the Court to reset the hearing date for certain pending motions (Nos. 250, 251, 254, and 268) currently set for August 26, 2010, at 9:00 a.m.  The parties also request pursuant to this stipulation that the matters addressed by Motion #272 and the subsequent briefing be addressed at the rescheduled hearing. The Government's counsel will be unavailable on August 26, 2010, because Attorney General Eric Holder will be holding a health-care-fraud conference in Las Vegas at which the Government's counsel will be a panelist. The parties request that the hearing be rescheduled to any dates other than September 23 through October 6, or October 29-30, 2010.

///

///

///

Dated: August 2, 2010

/s/
Jacob Reynolds
HUTCHISON & STEFFEN
10080 West Alta Dr., Suite 200
Las Vegas, NV 89145

Attorney for Defendant

DANIEL G. BOGDEN
United States Attorney

/s/
ROGER W. WENTHE
Assistant United States Attorney
Attorneys for Plaintiff

IT IS ORDERED the hearing is reset to Monday, October 18, 2010, at 10:30 a.m. on all pending motions [250, 251, 254, 258, 268, 272].

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: August 2, 2010.