# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EUGENE CHEN, M.D.<br><br>　　　　　　　Defendants. | 2:04-CV-00859-PMP-PAL<br><br>**ORDER** |

　　　　Having read and considered Plaintiff United States' fully briefed Motion for Writ of Continuing Garnishment (Doc. #254) and the arguments of counsel presented at the hearing conducted October 18, 2010, and good cause appearing,

　　　　**IT IS ORDERED** that Plaintiff United States' Motion for Writ of Continuing Garnishment (Doc. #254) is GRANTED and that the Clerk of Court is directed to forthwith issue the Writ of Continuing Garnishment attached to Plaintiff's Motion (Doc. #254) at pages 7-18.

DATED: October 19, 2010.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　　United States District Judge