**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE CHEN, M.D.<br><br>Defendants. | 2:04-CV-00859-PMP-PAL<br><br>**ORDER** |

October 18, 2010, the Court heard argument on three fully briefed Motions brought by Plaintiff United States for Final Disposition Order Regarding Silverado Management, LLC Garnishment (Doc. #250), Big Bear Creek, LLC Garnishment (Doc. #251) and AZ-19, LLC Garnishment (Doc. #268).

Having considered the arguments presented, the Court finds that Defendant Chen's membership interest in an LLC does not create a garnishable interest in the LLC's property. Although Defendant Chen has an interest in the disbursement made by the LLC's which may be subject to garnishment, the property at issue in each of the three Motions is property of the LLC's, not the property of Defendant Chen.

///

**IT IS THEREFORE ORDERED** that Plaintiff United States' Motions for Final Disposition Order Regarding Silverado Management, LLC Garnishment (Doc. #250), Big Bear Creek, LLC Garnishment (Doc. #251) and AZ-19, LLC Garnishment (Doc. #268) are **DENIED**.

DATED: October 19, 2010.

_____
PHILIP M. PRO
United States District Judge