1  UNITED STATES DISTRICT COURT
2  DISTRICT OF NEVADA

3 | UNITED STATES OF AMERICA,           )
                                                           )
4 |                    Plaintiff,                      )
                                                           )
5 | v.                                                 ) Case No. 02:04-cv-0859-PMP-PAL
                                                           )
6 | EUGENE CHEN, M.D.,                      )
                                                           )
7 |                    Defendant.                   )
                                                           )

### CHARGING ORDER REGARDING AZ19, LLC

It is hereby ordered that the membership interest of Eugene Chen, M.D. (Chen) in AZ19, LLC, is charged with payment of the remaining balance of the Judgment entered against Chen in this matter, which is currently $1,045,593.53, plus interest accruing at the post-judgment rate of 0.049%. The judgment creditor, the United States, is hereby vested with the rights of an assignee of Chen's interest in AZ19, LLC. All distributions of any kind which would otherwise be made by AZ19, LLC to Chen shall instead be made to the United States, until the judgment in this matter is fully satisfied.

Date: _ November 18, 2010.                    _____
                                                                    United States District Judge

1  UNITED STATES DISTRICT COURT
2  DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 02:04-cv-0859-PMP-PAL |
| ) | |
| EUGENE CHEN, M.D., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CHARGING ORDER REGARDING BIG BEAR CREEK, LLC

It is hereby ordered that the membership interest of Eugene Chen, M.D. (Chen) in Big Bear Creek, LLC, is charged with payment of the remaining balance of the Judgment entered against Chen in this matter, which is currently $1,045,593.53, plus interest accruing at the post-judgment rate of 0.049%.  The judgment creditor, the United States, is hereby vested with the rights of an assignee of Chen's interest in Big Bear Creek, LLC.  All distributions of any kind which would otherwise be made by Big Bear Creek, LLC to Chen shall instead be made to the United States, until the judgment in this matter is fully satisfied.

Date: __ November 18, 2010.

_____
United States District Judge

9

1 UNITED STATES DISTRICT COURT

2 DISTRICT OF NEVADA

3 UNITED STATES OF AMERICA,       )
                                  )
4         Plaintiff,               )
                                  )
5 v.                              ) Case No. 02:04-cv-0859-PMP-PAL
                                  )
6 EUGENE CHEN, M.D.,              )
                                  )
7         Defendant.               )
                                  )

## CHARGING ORDER REGARDING SILVERADO MANAGEMENT, LLC

It is hereby ordered that the membership interest of Eugene Chen, M.D. (Chen) in Silverado Management, LLC, is charged with payment of the remaining balance of the Judgment entered against Chen in this matter, which is currently $1,045,593.53, plus interest accruing at the post-judgment rate of 0.049%.  The judgment creditor, the United States, is hereby vested with the rights of an assignee of Chen's interest in Silverado Management, LLC.  All distributions of any kind which would otherwise be made by Silverado Management, LLC to Chen shall instead be made to the United States, until the judgment in this matter is fully satisfied.

Date: November 18, 2010.                 _____
                                          United States District Judge

10