# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:04-CV-00859-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| EUGENE CHEN, M.D. | |
| Defendants. | |

Having read and considered Plaintiff United States' fully briefed Motion for Installment Payment Order (Doc. #296), and finding that the relief requested therein should be granted in part, and good cause appearing,

**IT IS ORDERED** that Plaintiff United States' Motion for Installment Payment Order (Doc. #296) is hereby **GRANTED** to the extent that Defendant Eugene Chen, M.D. shall pay to Plaintiff United States, the sum of $3,000.00 per month until the Judgment entered in this case is fully paid.

**IT IS FURTHER ORDERED** that the Writ of Garnishment (Doc. #279 & #280) is hereby vacated.

DATED: February 23, 2012.

_____
PHILIP M. PRO
United States District Judge