**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 2:04-cv-0859-PMP-PAL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EUGENE CHEN, M.D., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This cause coming on to be heard on the Government's Motion for Order Authorizing Execution Sale, the Court being fully advised in the premises, and Eugene Chen, M.D. and Helen Chen having received notice of this proceeding and an opportunity to be heard regarding the issues raised,

IT IS HEREBY ORDERED:

1. An execution sale of the property commonly known as Hidden Oaks Condominiums VII Unit 3 (the Property) may be conducted by any person designated by the United States Marshal for the District of Utah, in accordance with the procedures for such sales established by Utah statutes and rules; and

2. The interests of Eugene Chen, M.D. and Helen Chen in the Property as joint tenants are hereby partitioned into separate interests of 50% each in (1) the

net proceeds of the execution sale of the Property and in (2) all rental payments held by the United States Marshal from the Property, after payment of all costs incurred by the United States Marshal in connection with the holding for sale and sale of the Property.

Date: December 18, 2012

_____
UNITED STATES DISTRICT JUDGE