DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada State Bar No. 8920
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
roger.wenthe@usdoj.gov

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 2:04-cv-0859-PMP-PAL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EUGENE CHEN, M.D., ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

    This cause coming on to be heard on the motion of plaintiff for sanctions, the Court having heard the arguments of counsel, IT IS HEREBY ORDERED:

    1.    Plaintiff's motion for contempt is DENIED, and there is no finding of contempt.

1

2. The current Installment Payment Order (Doc. 303) is vacated based upon the evidence and representations presented at the hearing and currently in the record. The installment order amount will be revisited if necessary after further post-judgment discovery has occurred.

3. Within 30 days after the entry of this Order, defendant Eugene Chen, M.D., shall submit to plaintiff's counsel a current Financial Disclosure Statement in the form attached to Plaintiff's Second Set of Post-Judgment Interrogatories in this matter. Dr. Chen shall submit to a judgment debtor examination within 30 days after providing that Financial Disclosure Statement, which shall be duly noticed at a mutually convenient time. The parties shall then submit to the Court their joint or separate recommendations for a monthly payment amount to be entered by the Court as an Installment Payment Order in this matter.

4. Dr. Chen shall submit an updated version of the Financial Disclosure Statement referenced in Paragraph 1 to plaintiff's counsel on or before each six-month anniversary of the entry of this Order. Dr. Chen shall submit to an additional judgment debtor examination following the submission of any updated Financial Disclosure Statement, if deemed necessary by plaintiff's counsel.

Date: January 4, 2013.

_____
UNITED STATES DISTRICT JUDGE